PUBLIC SERVICE CO-ORDINATED TRANSPORT, APPEL-
LANT, v. ADISON H. CLARK, RESPONDENT.

Submitted February 15, 1929—Decided October 14, 1929.

For the appellant, *Frank Bergen.*

For the respondent, *Paul Q. Oliver.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, KALISCH, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.